UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL ALEXANDER FRIEDMANN,<br><br>                    Plaintiff,<br><br>     v.<br><br>WESTERN GOVERNORS UNIVERSITY,<br><br>                    Defendant. | CASE NO. 3:23-cv-05771-BHS<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: November 24, 2023 |

Plaintiff Michael Alexander Friedmann, proceeding *pro se*, filed this action alleging violations of his constitutional rights and the Americans with Disabilities Act. *See* Dkt. 1-1. The District Court has referred Plaintiff's pending Application to Proceed *In Forma Pauperis* ("IFP") and Proposed Complaint to United States Magistrate Judge David W. Christel pursuant to Amended General Order 11-22.

Plaintiff filed this action on August 28, 2023. *See* Dkt. 1. On September 29, 2023, the Court screened Plaintiff's proposed complaint and found it was deficient because Plaintiff failed to state a claim for which relief may be granted. *See* Dkt. 3. The Court dismissed the proposed complaint without prejudice, re-noted the pending Application to Proceed IFP, and provided

REPORT AND RECOMMENDATION - 1

Plaintiff with leave to file an amended pleading by October 30, 2023, to cure the identified deficiencies. *Id*. The Court warned that failure to file an amended complaint or adequately respond to the issues identified in the Order would result in the Court recommending the Application to Proceed IFP be denied and the case be closed. *Id*.

Plaintiff has failed to comply with the Court's Order. He has not filed a response to the Order or filed an amended complaint. Further, as discussed in the Order, Plaintiff has failed to state a claim upon which relief can be granted in the proposed complaint. *See* Dkts. 1-1, 3. Therefore, the Court recommends the Application to Proceed IFP (Dkt. 1) be denied and this case be dismissed without prejudice.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is directed to set the matter for consideration on November 24, 2023, as noted in the caption.

Dated this 8th day of November, 2023.

David W. Christel
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION - 2