UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL ALEXANDER FRIEDMANN, <br><br> Plaintiff, <br><br> v. <br><br> WESTERN GOVERNORS UNIVERSITY, <br><br> Defendant. | CASE NO. C23-5771 BHS <br><br> ORDER |

THIS MATTER is before the Court on Magistrate Judge David W. Christel's Report and Recommendation (R&R), Dkt. 4, recommending the Court deny pro se plaintiff Michael Friedman's application for leave to proceed *in forma pauperis*, Dkt. 1, and dismiss Friedman's complaint without prejudice for failure to state a claim, for failure to comply with the Court's Order, Dkt. 3, and for failure to file an amended complaint. Friedman has not objected to the R&R.

A district court "shall make a de novo determination of those portions of the report or specified proposed finding or recommendations *to which objection is made*." 28 U.S.C. § 636(b)(1)(C) (emphasis added); *accord* Fed. R. Civ. P. 72(b)(3). "The statute

ORDER - 1

makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). A proper objection requires "specific written objections to the proposed findings and recommendations" in the R&R. Fed. R. Civ. P. 72(b)(2).

The R&R is **ADOPTED**. Friedman's motion for leave to proceed *in forma pauperis* is **DENIED**, and this matter is **DISMISSED without prejudice** and **without leave to amend**. The Court will not permit Friedman to proceed *in forma pauperis* in the event of an appeal.

The Clerk shall enter a **JUDGMENT** and close the case.

Dated this 29th day of November, 2023.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2